TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE C. PECARO
Assistant U.S. Attorney
Washington State Bar No. 61844
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Jacqueline.Pecaro@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 26-5134MJ |
|---|---|
| Plaintiff, | **NOTICE OF INTENT TO DESTROY CONTRABAND** |
| vs. | |
| Jonathan Castillo, | |
| Defendant. | |

The United States hereby provides notice to Defendant Jonathan Castillo that the bulk of the methamphetamine seized in this case will be destroyed on June 6, 2026. The Drug Enforcement Administration, in accordance with 21 U.S.C. § 881(f)(2) and 28 C.F.R. § 50.21, intends to destroy any methamphetamine that exceeds the threshold amount of 2000 grams. If Defendant wishes to retest, analyze, view, photograph, or otherwise examine the contraband prior to its destruction, the United States has no objection. To allow sufficient time to arrange for an examination, however, Defendant must notify undersigned counsel in writing no later than May 30, 2026.

Respectfully submitted this 10th day of April, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Jacqueline C. Pecaro*
JACQUELINE C. PECARO
Assistant U.S. Attorney